UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                           CASE NO. 06 B 05729
   DOMITILA CORTEZ
                                                 CHAPTER 13

                                                 JUDGE: JOHN H SQUIRES
        Debtor
   SSN XXX-XX-1478
```

---
TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 05/18/06 and confirmed on 07/14/06.

2. The case was dismissed after confirmation, 12/14/2007.

3. The Debtor paid a total of $ 9150.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GMAC PAYMENT CENTER | SECURED | 14640.00 | 1469.67 | 6482.13 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 4277.84 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 647.39 | .00 | .00 |
| DISCOVER BANK | UNSECURED | 3921.58 | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 372.45 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 846.02 | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 540.76 | .00 | .00 |
| RECOVERY MANAGEMENT SYST | UNSECURED | 111.00 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1951.15 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 604.02 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 247.62 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 207.43 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 526.88 | .00 | .00 |
| GMAC PAYMENT CENTER | UNSECURED | 407.53 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 14640.00 | .00 | 14661.67 | .00 | 29301.67 |
| PRINCIPAL PAID | 6482.13 | .00 | .00 | .00 | 6482.13 |
| INTEREST PAID | 1469.67 | .00 | .00 | .00 | 1469.67 |
| TOTAL PAID | 7951.80 | .00 | .00 | .00 | 7951.80 |

The Debtor's attorney, PETER FRANCIS GERACI         , was allowed $  3000.00 and was paid $   600.00  direct and $   857.82  through the plan.

The Trustee received $   340.38 .

Refunds to the Debtor totaled $       .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability

in this case.

Dated: 03/10/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE